**Order entered August 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00198-CR

**RIGOBERTO VAZQUEZ HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-59234-P**

## ORDER

By order entered on June 9, 2015, the Court ordered the trial court to file a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2. On June 23, 2015, the Dallas County District Clerk filed a letter with the Court indicating that no certification has been filed with the district clerk. To date, the trial court has not filed the certification.

Accordingly, we order the Honorable Teresa Hawthorne, presiding judge of the 203rd Judicial District Court, to file within **FOURTEEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013).

/s/    LANA MYERS
JUSTICE